AO 440 (Rev. 5/85) Summons In a Civil Action

# United States District Court

_____ DISTRICT OF _____

David E. Brown,
     Plaintiff.

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Department of Veterans Affairs Administration,

Thomas O'Brien, Veterans Service Manager, (in

his official Capacity)

     ·Defendants, et. als.  **05-40027 FDS**

TO: (Name and Address of Defendant) Thomas O'Brien, Veterans Service Manager, and Department of Veterans Affairs Administration, Regional office.
John F. Kennedy, Federal Building,
Boston, Massachusetts, 02203

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) (pro. se.)

David E. Brown, 500, Colony Road.
Gardner, Massachusetts, 01440.

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

_Sherry Jones_

BY DEPUTY CLERK

2-14-05

DATE

AO 440 (Rev. 5/85)  Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 02/22/05 |
|---|---|
| NAME OF SERVER United States Postal Service | TITLE Certified MAIL/Return receipt |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): RecEIVED By Joe Ryan, agent, Department of Veterans Affairs Administration, Federal Building, Boston, Massachusetts 02203

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Certified Mail | $5.34 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/22/05
             *Date*

Post-Person
*Signature of Server*

United States Post Office, Gardner, Ma. 01440
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.