Sherry Jones, Deputy Clerk
United States District Court
595 Main Street, Room 502
Worcester, Ma. 01608

April 06, 2005

Re:   Appeal of Clerk Complaint No. 05-40027, NOTICE OF APPEAL.

Dear Sherry Jones,

Please be advised that I, have filed appeal of Clerk Complaint to Circuit Executive Gary H. Wente, pursuant to the following reasoning;

I, having first mailed Complaint with the then proper filing fee of $150.00 Dollars by U.S. Mail service post mark February 04, 2005.

Said Complaint with $150.00 filing fee received by you on February 07, 2005, and returned me by you on February 07, 2005, the effective date of increase of Civil filing fee to the now amount of $250.00 Dollars

you have improperly reasoned that i am subjected to the increased fee of $250.00. that had taken effect on February 07, 2005.

Please SEE Fed.R. Civ. P. Rule 3. COMMENCEMENT OF ACTION (in pertinent part of) an action is considered commenced, FOR ALL PURPOSES, including the applicable statute of limitations, when EITHER the plaintiff MAILS to the CLERK the COMPLAINT and any required ENTRY FEE, or the clerk RECEIVES the complaint and the fee.

My complaint with proper filing fee of $150.00, is Mailed you U.S. Post Mark February 04, 2005, Gardner, Ma. Post Office, My action is considered commenced FOR ALL PURPOSED (F.R.C.P. Rule 3) effective date of post mark February 04, 2005, NOT DATE OF YOU'RE RECEIPT OF SAME February 07, 2005

1.

Worcester District Court owes this plaintiff $100.00 Dollars the result of mailing me back my factually commenced action with the then proper filing fee of $150.00 Dollars thus requiring wrongly my resubmission of action with fee of $250.00.

I, have on appeal to Mr. Wente, submitted proof of complaint and fee Post Marked February 04, 2005 addressed Worcester Clerk office.

By the way I, did not indicate to Mr. Wente, who exactly improperly mail returned my action and proper filing fee, nor would i regardless of the outcome.

Thank you for you're attention to this matter, Remeber our brave Troops in harms way,

David E. Brown,
500, Colony Rd.
Gardner, Ma.
01440

P.S. Federal or State Income Tax
is Properly considered Filed
by <u>Post Mark</u> <u>mail</u> April 15th
Midnight,