IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff.<br><br>-against-<br><br>Department of Veterans Affairs Administration,<br>and<br>Thomas O'Brien, Veterans Service Manager, (in his official and Individual Capacity)<br><br>    Defendants, et. als. | Civil Case No. 05-40027-FDS<br><br>REQUEST FOR DEFAULT<br>(Rule 55(a)) |

I, David E. Brown, the above-named pro. se. plaintiff, state that the complaint in this action was filed on February 14, 2005, and the summons and a copy of complaint were served on the defendants, February 22, 2005, as appears from the officer's return; and that the defendant's herein has (have) failed to serve a responsive pleading or to otherwise defend as provided by rule within sixty days of service exclusive of service date.

**THEREFORE**, I request that default be entered against defendant's Department of Veterans Affairs Administration, and Thomas O'Brien, Veterans Service Manager, (in his official and Individual Capacity) et. als. in this action.

Signed under the penalties of perjury.

/s/ David E. Brown

David E. Brown, pro. se.
500, Colony Road
Gardner, Ma.  01440

April 24, 2005

1.

CERTIFICATE OF SERVICE

I, certify that on this day a true copy of request for default, is mailed the Defendants, at there address of record, and copy mailed Attorney, Room-206 Federal Building, 595, Main street, Worcester, Massachusetts.

Date April 24, 2005                         Signed, *[signature]*

                                                               David E. Brown,