IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION

| | | |
|---|---|---|
| David E. Brown,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>Department of Veterans Affairs Administration,<br>and<br>Thomas O"Brien, Veterans Service Manager, (in his official and Individual Capacity)<br>　　　　　Defendants, et. als. | § | Civil Case No.# 05-40027-FDS<br><br><br>PLAINTIFF, MOTION |

### DECLARATORY JUDGEMENT, Fed. R. Civ. P. 57

Plaintiff, in the above-captioned matter, Motions this Honorable Court for Declaratory Judgement, pursuant Rule 57, as a means by which plaintiff, may obtain a binding declaration regarding his legal rights, as reason therefore plaintiff, states the following; Plaintiff, questions the Constitutionality of Federal Veterans Benefit Statute that effects the public good, there exists actual controversy within this Courts Jurisdiction.

WHEREFORE, Plaintiff, requests Declaratory Judgement, for all causes of action alleged within the four corners of above-captioned complaint.

Date: April 24, 2005.　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　David E. Brown, Plaintiff.
　　　　　　　　　　　　　　　　　　　　　　　　　500, Colony Road
　　　　　　　　　　　　　　　　　　　　　　　　　Gardner, Ma.  01440

1.

CERTIFICATE OF SERVICE

I, certify that on this day a copy of motion for Declaratory Judgement, is mailed Defendants, at their address of record and copy mailed Attorney, room-206 Federal Building, 595, main street, Worcester, Massachusetts.

Date; April 24, 2005                              Signed, *[signature]*
                                                  David E. Brown.

2.