IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| David E. Brown,<br>    Plaintiff.<br><br>-against-<br><br>Department of Veterans Affairs Administration,<br>and<br>Thomas O'Brien, Veterans Service Manager, (in his Official and Individual Capacity)<br>    Defendants, et. als. | § | Civil Case No. 05-40027-FDS<br><br>AFFIDAVIT IN SUPPORT OF<br>REQUEST FOR DEFAULT<br>(Rule 55(a)) |

I, David E. Brown, the above-captioned Plaintiff, Affirms the following;

1. Defendants, Department of Veterans Affairs Administration and the Defendant, Thomas O'Brien, Veterans Service Manager, have failed to plead or otherwise defend, and have failed to make Appearance or submit any documents with regard to the above-captioned matter before this Court.

2. The Defendants, and there Attorney were served copy of Complaint with Summons February 22, 2005, with return of service filed this docket.

3. The Defendant, Thomas O"Brien, is not a person in the military service as defined in Article 1, of the "Soldiers and Sailors" Civil Relief act of 1940

4. Defendant, Thomas O'Brien, is not incompetent or Minor child.

!, David E. Brown, having made this Affidavit in good faith Affirm all statement herein under pains of perjury this day.

Date April 28, 2005

David E. Brown,
500, Colony Road
Gardner, Ma. 01440