IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff.<br><br>-against-<br><br>Department of Veterans Affairs Administration,<br>and<br>Thomas O'Brien, Veterans Service Manager, (in his Official and Individual Capacity)<br><br>    Defendants, et. als. | Civil Case No. 05-40027-FDS<br><br>ENTRY OF DEFAULT<br>(Rule 55(a)) |

It having been made to appear to the Clerk that, Department of Veterans Affairs Administration and Thomas O'Brien, Veterans Service Manager, Defendants herein, has failed to plead or otherwise defend as provided by the District Courts Rules Civil Procedure, entry of default against said defendants is hereby made pursuant to Rule 55(a).

_____,
(Assistant) Clerk

_____,
(Date)