UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |  |
|---|---|---|
| DAVID E. BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION, and THOMAS O'BRIEN, | ) | |
| Defendants. | ) | |

### DEFENDANT DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(1), the defendant, Dept. of Veterans Affairs Administration, hereby moves for dismissal on the grounds that the Court lacks jurisdiction over the subject matter. In support of the motion, the defendant submits the attached memorandum of law.

Wherefore, the defendant requests that the complaint be dismissed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA   02210
(617) 748-3100

Dated: May 2, 2005

CERTIFICATE OF COMPLIANCE

      The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because plainitff is a prisoner currently incarcerated in a state correctional facility, counsel for the defendant respectfully requests leave to file this Motion without a 7.1 conference.

        /s/ Jeffrey M. Cohen
        Jeffrey M. Cohen

CERTIFICATE OF SERVICE

      I certify that on May 2, 2005, I caused a copy of the foregoing Motion to be served on Plaintiffs by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

        /s/ Jeffrey M. Cohen
        Jeffrey M. Cohen
        Assistant U.S. Attorney