UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| David E. Brown,<br><br>   Plaintiff,<br><br>-against-<br><br>Department of Veterans<br>Affairs Administration,<br>and Thomas O'Brien, (in<br>his official and individual<br>Capacity)<br>   Defendants, et. als. | §§§§§§§§§§§§§§§§ | Civil Action No. 05-40027-FDS |

PLAINTIFF, MOTION TO AMEND COMPLAINT
PURSUANT Fed. R. Civ. P. Rule 15(a)

Pursuant to the above-motion to Amend Complaint FRCP Rule 15(a), the plaintiff, request permission from the Court to Amend his action to cure deficiencies within his Complaint, permission to Amend would not cause undue prejudice to the opposing party by virtue of allowance.

Defendants, have Answered plaintiff with Motion to Dismiss for lack of Jurisdiction Rule 12(b)(1), plaintiff has this day filed opposition to the defendants Motion.

WHEREFORE, The above-reason plaintiff respectfully request his Motion to Amend Complaint FRCP 15(a) be ALLOWED, and the plaintiff, be required to file Amended Complaint with Court and defendant within 30 days.

Respectfully Submitted

May 08, 2005

Remeber our Brave Troops

*David E. Brown, pro. se.*

500, Colony Road

Gardner, Ma.  01440

## CERTIFICATE OF SERVICE

I, David E. Brown, have this day mailed copy of Motion to Amend Complaint to defendants Attorney of record by first Class postage pre-paid.

May 08, 2005                    Signature; _____

David E. Brown, pro. se.

2.