UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| David E, Brown, | § § | |
| Plaintiff, | § § | |
| -against- | § § | Civil Action No: 05-40027-FDS |
| Department of Veterans Affairs Administration, and Thomas O'Brien, (in his official and individual capacity) | § § § § § § § § | |
| Defendants, et als. | § § | |

### PLAINTIFF, MOTION OF OPPOSITION TO DEFENDANTS, MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to above-motion of opposition to defendants, motion to dismiss for lack of jurisdiction Fed. R. Civ. P. 12(b)(1) and other asserted rule 12 defences, the plaintiff, hereby moves for denial of defendants motion to dismiss on the grounds that District Court is proper Jurisdiction for deciding Constitutionality of Federal Statutes Congressional enactments and duty of court is to invalidate those Congressional enactments found violative of the Constitution, that effect the public good. Jurisdiction is not proper with defendant, Department of Veterans Affairs Administration, in support of the motion plaintiff submits the attached memorandum and letter exhibit from defendants.

1.

Wherefore, the plaintiff, requests that defendants, motion to dismiss for lack of jurisdiction be DENIED

                                        Respectfully submitted

                                        Remeber our brave troops,

Dated: MAY 08, 2005

                                        David E. Brown, pro. se.
                                        500, Colony road
                                        Gardner, Ma. 01440

## CERTIFICATE OF SERVICE

I certify that on this date a copy of the foregoing motion to be served on defendants, counsel Jeffrey M. Cohen, assistant U.S. Attorney Federal Courthouse, One Courthouse Way, Suite 9200, Boston Ma. 02210

Date: MAY 08, 2005                                         Signature,