UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |
|---|---|
| DAVID E. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS, and THOMAS O'BRIEN, | ) |
| Defendants. | ) |

**DEFENDANT'S DEPARTMENT OF VETERANS AFFAIRS'S OPPOSITION TO PLAINTIFF' MOTION TO AMEND THE COMPLAINT**

The defendant Department of Veterans Affairs ("VA") hereby opposes the plaintiff's Motion to Amend the Complaint. The Court should deny the plaintiff's motion because the plaintiff has not submitted a proposed amended complaint or otherwise specified the nature of the amendments he proposes to make. As a result, there is no basis upon which the Court can make a ruling as to the appropriateness of an amended complaint.

The plaintiff's motion states merely that he wishes to amend his complaint "to cure deficiencies within his Complaint." In the absence of a proposed amended complaint neither the defendant nor this Court can determine whether the amendments contemplated by the plaintiff would in fact cure the deficiencies in the existing complaint or would be futile. The defendant believes any amended complaint would very likely fail to state a claim upon which relief could be granted and that, consequently, any amendments would be futile. See Glassman v. Computervision Corp., 90 F.3d 617, 622-23 (1st Cir. 1996). But until the plaintiff submits a proposed amended complaint, the defendant and this Court can only speculate as to the nature of

the proposed amendments.

    Accordingly, the Court should deny the plaintiff's motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney |
|  | By:   /s/ Jeffrey M. Cohen<br>Jeffrey M. Cohen<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel. No. (617) 748-3100 |
| Dated: May 17, 2005 | Facsimile (617) 748-3969 |

### CERTIFICATE OF SERVICE

    I certify that on May 17, 2005, I caused a copy of the foregoing Memorandum to be served on Plaintiffs by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

    /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney