AO 440 (Rev. 5/85) Summons In a Civil Action ⊕

# United States District Court

_____ DISTRICT OF _____

David E. Brown,
    Plaintiff.

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Department of Veterans Affairs Administration,

Thomas O'Brien, Veterans Service Manager, (in

his official Capacity)

    Defendants, et. als. **05-40027FDS**

TO: (Name and Address of Defendant) Thomas O'Brien, Veterans Service Manager, and Department of Veterans Affairs Administration, Regional office. John F. Kennedy, Federal Building, Boston, Massachusetts, 02203

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) (pro. se.)

David E. Brown, 500, Colony Road.
Gardner, Massachusetts, 01440.

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                2-14-05

CLERK                                  DATE

*Sherry Jones*

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE February 20, 2005 |
|---|---|
| NAME OF SERVER David Brown, | TITLE N/A |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of copy complaint and Summons served by CERTIFIED MAIL, return receipt, U.S. Postal Service ~~is actual server~~

### STATEMENT OF SERVICE FEES

| TRAVEL | N/A | SERVICES | N/A | TOTAL | N/A |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 22, 2005.   _[signature]_
           Date                  Signature of Server

500 Colony Road
Address of Server

Grover MA,
01440

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff,<br><br>-against-<br><br>Department of Veterans Affairs Administration, and Thomas O"Brien, Veterans Service Manager, (in his Official Capacity)<br><br>    Defendants, et. als. | Civil Docket No.: 05-40027-FDS<br><br>STIPULATION FOR THE DOCKET RECORD, RETURN OF SERVICE |

Here comes the plaintiff' in the above-matter, who stipulates for the Docket record, the Defendant, Thomas O'Brien, Veterans Service Manager, Department of Veterans Affairs, (in his Official Capacity) is served one copy of original Complaint and summons, certified Mail Rule 4(d)(4), F.R.Civ. P., service effected on February 22, 2005.

Date: 05-23-05

Respectfully submitted,

David E. Brown,
500, Colony Road
Gardner, Ma. 01440

CERTIFICATE OF SERVICE

I, certify that on this day a true copy of this stipulation is mailed the Attorney of record postage pre-paid

Date: 05-23-05

Signature,

David E. Brown,