UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br>    Plaintiff,<br><br>-against-<br><br>Department of Veterans Affairs Administration, and Thomas O'Brien, Veterans Service Manager, (in his Official Capacity)<br>    Defendants, et. als. | Civil Case No.: 05-40027-FDS<br><br>**EX PARTE COMMUNICATION**<br><br>**Judge, F. Dennis Saylor IV,** |

Dear Sir,

    Please be advised the following; the plaintiff' Mr. Brown, has mailed the Court for filing in the above-matter an AMENDED COMPLAINT this Complaint is time stamped the Court, 2005 May 26 P 1:17.

    The Court Clerk Mrs. Jones, has not filed Amended Complaint, mailing same back to this plaintiff' instruction the plaintiff' to await for ruling on defendants Motion to Dismiss Rule for lack of Jurisdiction, the Court. R. 12(b)(1).

    As your Honor is well aware, Most of the federal Courts which have considered the matter (including first Circuit) have held ~~that a Motion~~ that a Motion _i.e._ Rule 12., is not a pleading within the meaning of Rule 15(a), thus a mere FILING of a Motion to Dismiss by defendants does not prevent the plaintiff' from amending his Complaint as a matter of RIGHT. See Keene Lumber Co. vs. Leventhal, 165 F2nd 815 (1st Cir.1948)

The plaintiff' is denied by the Clerk Mrs. Jones, his RIGHT to have placed upon the Docket his Amended Complaint while the defendants Motion to Dismiss for Lack of Jurisdiction is still pending the Court.

Plaintiff' requests this Honorable Justice Direct the plaintiff' to re-submit the Court Time Stamped Amended Complaint for Docketing, and direct the Clerk Mrs. Jones, to accept and file said Amended Complaint as justice of Due process would require.

Dated

Respectfully submitted
Remember our Brave Troops,

David E. Brown, pro. se.
500, Colony Road
Gardner, Ma.    01440