U.S. District Court
Office of the Civil Clerk
595 Main Street, Room 502
Worcester, Ma. 01608

09/07/05

RE:   Brown, vs. Dept. Veterans Affairs
      Civ. Action No: 05-40027-fds

Dear Clerk

   Please forward this pro. se. plaintiff copy of Schedule Orders for the above-referenced matter

                            Thank you in advance, Remeber our Brave Troops.

                            David E. Brown,
                              500, Colony Road
                              Gardner, Ma. 01440