UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff,<br><br>  -against-<br><br>Depatrment of Veterans Affairs<br>Administration and<br>Thomas O'Brien, Veterans Service<br>Manager (in his official capacity)<br><br>    Defendants, et. al. | Civ. Case No.: 05-40027-FDS<br><br><br><u>MOTION</u><br><u>ORDER ADDMISSIONS MATTERS</u><br><u>IS ADMITTED</u> |

Here comes the plaintiff' in the above-captioned matter hereby motion Order Admissions Matters is Admitted, reasoning;

On or about June 15, 2005, plaintiff' served defendant' attorney at his Business address of record Discovery request for Admissions F.R.C.P. Rule 36.

On July 19, 2005, plaintiff' filed the Court <u>SEE.</u> event #17. Motion for Leave to File Admissions Exhibits in Support of Plaintiff' Opposition to Motion to Dismiss (Attachments #1 Admissions Exhibits).

As of October 10, 2005, defendants have failed to comply with these Admissions Request.

As of October 10, 2005, defendants have failed to serve plaintiff' objections to Answering any or all Admissions.

As of October 10, 2005, defendants have failed to object the Court the filing of Admissions Exhibits in plaintiff' opposition to defendant Motion to Dismiss for Lack of subject matter Jurisdiction.

Defendants' base their defense to Dismiss on alleging the District Court doe's not have subject matter Jurisdiction, that Jurisdiction is proper The Department of Veterans Affairs, not the District Court, alleging the defendant has filed a Claim for Veterans Benefits and is seeking review of denial of Veterans Benefits Claim with the District Court.

Plaintiff' disagrees, avers he has not now or in the past ever filed a Formal Claim for Veterans Benefit pursuant 38 U.S.C. § 5313(2), secondly no Veterans Benefits Claim was ever denied plaintiff' by defendants pursuant 38 U.S.C. § 5313(2), third plaintiff' action filed the Court challenges Constitutionality of an Act of Congress effecting Veterans Benefits and causes disability based discrimination injury(s).

Answer to Admissions request will prove that plaintiff' has not now or in the past ever filed a claim for Veterans Benefits pursuant 38 U.S.C. § 5313(2) additionally that a Claim for Veterans Benefits pursuant 38 U.S.C. § 5313(2) was ever denied by the ("VA") defendants.

WHEREFORE, the above-reasoning plaintiff' prayers the Court ALLOW Motion, Order Admissions matters is Admitted specifically Admissions Exhibit filed the Court 07/19/05 as event #17. and Dismiss Defendants Motion to Dismiss for lack of Jurisdiction Filed 05/02/05 event #8

Dated  10/10/05

Respectfully submitted

David E. Brown, pro se
500, Colony Road
Gardner, Ma.  01440

2.

## CERTIFICATE OF SERVICE

I, hereby certify that on this day a true copy of motion is served upon the Attorney of record via first class postage pre-paid

Date _10/10/05_                                   Signature _____

                                                        David E. Brown,

3.