UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DAVID E. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS, and THOMAS O'BRIEN, | ) |
| Defendants. | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER OF ADMISSIONS TO BE ADMITTED**

The defendants hereby opposes the plaintiff's Motion for Order of Admissions To Be Admitted (Docket No. 19). The Court should deny the plaintiff's motion because the Court never granted the plaintiff's motion to allow the entry of the admissions, and therefore, those admissions were never served upon the defendants. Furthermore, the Court should not allow any discovery in this matter until the United States' Motion to Dismiss is resolved. Accordingly, the plaintiff's motion should be denied.

On July 19, 2005, the plaintiff filed a Motion for Leave to File Admission Exhibits (Docket No. 17). In his motion, the plaintiff requested that the Court allow the plaintiff to serve admissions on the defendants. The Court correctly has not ruled on the plaintiff's motion because there is a pending motion to dismiss by the defendants' for lack of jurisdiction. Therefore, the admissions have not been allowed and the defendants do not have any obligation to respond to the admissions. Furthermore, until the Court rules on the defendants' pending motion to dismiss, the parties should not be allowed to serve discovery.

Therefore, the defendants' request that the Court deny plaintiff's Motion for Order of Admissions To Be Admitted (Docket No. 19).

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Jeffrey M. Cohen
      Jeffrey M. Cohen
      Assistant U.S. Attorney
      U.S. Attorney's Office
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      Tel. No. (617) 748-3100
      Facsimile (617) 748-3969

Dated: October 20, 2005

## CERTIFICATE OF SERVICE

I certify that on October 20, 2005, I caused a copy of the foregoing Memorandum to be served on Plaintiffs by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

      /s/ Jeffrey M. Cohen
      Jeffrey M. Cohen
      Assistant U.S. Attorney