UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown, <br><br> Plaintiff' <br><br> -against- <br><br> Department of Veterans Affairs and Thomas O'Brien, <br><br> Defendants, et. al. | Docket No.: 05-40027-FDS |

MOTION FOR ORDER OF CONFERENCE
Rule 16, Pre-Trial

Plaintiff' hereby Motions the Court for ORDER scheduling conference between the parties to consider;

The possibility of obtaining admissions of fact, and such other matters as may aid in the disposition of the 'Proper Jurisdiction' question.

The simplification of the issues and neccessity or desirability of amendments to the pleadings.

Wherefore, the above-reasoning plaintiff' prays the Court grant Motion and schedule hearings Order parties to appear before Court where defendants my offer documentary proof of their Jurisdiction improper claims.

Dated: 10/24/05

Respectfully Submitted
David E. Brown, Plaintiff'
500, Colony road
Gardner, Ma. 01440

## CERTIFICATE OF SERVICE

I, hereby certify that on this day a true copy of this motion is served upon defendants Attorney of record via pre-paid first class postage.

Dated: 10/24/05                    Signature, _David B____
                                             David Brown,

2.