UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff'<br><br>-against-<br><br>Department of Veterans Affairs<br>and Thomas O'BRIEN,<br><br>    Defendants. et. al. | Civil Action.: 05-40027-FDS<br><br>MOTION<br>FOR ORDER COMPELLING<br>DISCOVERY |

    Plaintiff' hereby moves this Honorable Court for Order Compelling Discovery-Admissions from the Defendants' Department of Veterans Affairs, and Thomas O'Brien, et. als. reasoning;

    Admissions request served upon defendant Attorney June of 2005, SEE Affidavit Verification of Admissions Service, Attached herewith;

    Defendant' have declined response Discovery Admissions Request for a period of time now in excess of 100 days;

    The Admissions requested by plaintiff' is relevant to the subject matter Jurisdiction the Court, involved in the pending Action;

    Admissions request is relevant to defense of plaintiff' position that subject matter Jurisdiction is proper the District Court, not Department of Veterans Affairs Administration adjudication procedures;

Defendant' have filed Motion to dismiss plaintiff Action F.P. Rule 12(b)(1) for Lack of Jurisdiction;

Compelling defendants' to respond to Admissions request <u>SEE</u> Admission as Exhibit (Attachment #1) Docket #17) will establish that the plaintiff';

(A) Has not now or in the past ever filed a Claim for Veterans Benefits pursuant 38 U.S.C. § 5313(2), subecct matter of Law Suite.(Formal Claim for Veterans Benefits filing).

(B) Has Not Now or in the past ever been denied Veteran Benefit by Defendants' Department of Veterans Affairs, pursuant the 38 U.S.C. § 5313(2), legislative Act.

WHEREFORE, the above-reasoning with attached Affidavit in support plaintiff' prayers the Court ALLOW Motion for Order Compelling Discovery-Admissions from the defendants , time limits to be determined the Court.

Dated; 10/30/05

Respectfully submitted
David E. Brown, plaintiff
500, Colony Road
Gardner, Ma.  01440

2.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THIS MOTION IS SERVED UPON THE ATTORNEY OF RECORD VIA. PRE-PAID FIRST CLASS, POSTAGE

DATE: 10/30/05                SIGNED, *David E Brown*
                                       DAVID E. BROWN