UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br>   Plaintiff,<br><br>-against-<br><br>Department of Veterans Affairs<br>and Thomas O'Brien,<br><br>   Defendants, et. al. | Civil Action.: 05-40027-FDS<br><br>AFFIDAVIT<br>VERIFICATION OF ADMISSIONS SERVICE |

  Plaintiff' David E. Brown, hereby under penalty of perjury avers Affidavit Verification of Discovery Admissions Service the Defendants' Attorney Jeffrey Cohen, U.S. Attorney Office, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210;

  1. On July 19, 2005, (Docket #17) Motion for leave to file Admissions Exhibits in support of plaintiff, Opposition to Motion to dismiss by David E. Brown, is Docketed the Court with (Attachements: #1 Admissions Exhibit);

  2. Copy of Discovery Admissions SEE. (Attachments: #1 Admissions Exhibit) are first, served upon Attorney Jeffrey Cohen, at his Business address 1, Courthouse Way, Suite 9200, Boston, Massachusetts, 02210 by the plaintiff' June of 2005, Via pre-paid first class postage SEE Admissionss, Attachemment #1 Exhibit #17, Certificate of Service;

3. Attorney for Defendants' failed to respond Discovery Admissions by Admitting or Denying the truth of any matters within or in the alternative failed to Object to Discovery Admissions for a period of time in excess of 30 days;

4. Plaintiff' Mr. Brown, then filed the Court Docket #17 entered July 19, 2005 Motion for leave to file Admissions as 'Exhibit' in support of plaintiff' position, opposition to defendants, Motion to Dismiss Action, claiming Jurisdiction subject matter not proper District Court;

5. Plaintiff' Certified Service of Motion with Admissions Attachment #1 Exhibit, served Attorney Mr. Cohen, at his office located 1, Courthouse Way, Suite 9200, Boston, Massachusetts 02210. See Docket #17, Certificate of Service by Plaintiff';

6. October of 2005, some 100 plus days after First SErvice of Discovery Admissions upon the defendants' Attorney in June of 2005, and some 80 plus days after filing Admissions as Exhibit July 19, 2005 Mr. Brown, filed a Motion the Court and Defendants Attorney Mr. Cohen that Motion for Order of Admissions to be Admitted. SEE (Docket #19);

7. Defendants' now October 20, 2005 filed the Court (Docket #20) Opposition to plaintiff' Motion for Order of Admissions to be Admitted;

I, David E. Brown, under penalty of perjury under the Laws of the United States of America that the the foregoing information Affidavit Verification of Admissions Service is true and Correct.

Dated: 10/30/05                    Signature, _David E. Brown_
                                   David E. Brown
                                   500, Colony Road
                                   Gardner, Ma.  01440

2.

CERTIFICATE OF SERVICE

I, hereby certify that a true Copy of this Affidavit is served upon Attorney of record this day by pre-paid first class postage

Date 10/30/05                                Signature _____
                                             DAVID BROWN

3.