The Honorable F. Saylor, IV
U.S. District Court
Office of The Clerk                    11/01/05
595, Main Street, Room 502
Worcester, Ma.  01608

     RE:   EX PARTE- Communication

Dear Justice Saylor,

    I'am a plaintiff' in a Case assigned you, <u>BROWN v. DEPT. VET.</u>

<u>AFFAIRS</u> Case # 05-40027-FDS

    Plaintiff' Mr. Brown, is errorneously denied his right of opportunity

to Amend his Complaint filing by the Clerk office this Court, date of

Denial By Clerk, May 26, 2005 (SEE Inclosed Cover letter the Clerk

item paragraph #1).

    Clerk office erroneously returned plaintiff' his Amended Complaint

filing without filing this Amended Complaint the Docket, there are no

previously filed Amendment this Case.

    Under the interpertation of Federal Rule 15(d) (Amendment and

Supplemental pleadings) in <u>KEEN LUMBER Co v. Leventhal</u> 126 F2d 815

(1st Cir. 1948), The plaintiff' has a right to one Amendment, without

leave of Court, even though (as with instant Action) the defendants,

have filed a Motion to Dismiss F.R. 12 (b)(1) the Complaint.

    Most of Federal Courts which have considered the Matter have held

that a Motion (Rule 12.) is not a pleading within the meaning of Rule

15(a) (Amendment) (SEE Rule 7(a)) thus a mere filing of a Motion to

Dismiss by defendants, doe's not prevent the plaintiff' from Amending his

Complaint as a matter of RIGHT!

Wherefore plaintiff' requests leave of this Court to file the Docket

his Amended Complaint  to prevent manifest injustice

     (SEE Motion to Amend Complaint Docket #10, Dated 05/05/05)

Note Amended Complaint has been ready for filing since May 26, 2005

Date                                   Remeber our Brave Troops!

                                     David Brown,pro. se.

                                   500, Colony Road

                                   Gardner Ma.  01440

Sherry Jones,
United States District Court
595 Main Street, Room 502

Worcester, Massachusetts,

01608



05/23/05

RE:    FININGS, Brown, vs. Department of Vet. Affairs, & Thomas O'Brien
       Civil Docket No.: 05-40027-FDS

Dear Mrs. Jones,

       Please find the following enclosed for filing in the above-matter

1.     AMENDED COMPLAINT;

2.     PLAINTIFF AFFIDAVIT COMPLAINT JURISDICTION, PROPER DISTRICT COURT;

3.     STIPULATION FOR THE DOCKET RECORD, RETURN OF SERVICE;

4.     SUMMONS, RETURN OF SERVICE, ON THE DEFENDANT THOMAS O'Brien,
       VETERANS SERVICE MANAGER,(in his Official Capacity).

       Certificate of Service made all Documents, with complaint

verified.

Dated: 05-23-05

                              Respectfully Submitted,
                              Remember our Brave Troops

                              David E. Brown,

                              500, Colony Road

                              Gardner, Ma.  01440