UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION

David E. Brown,

    Plaintiff,

-against-

Department of Veterans Affairs Administration, and

Thomas O'Brien,

    Defendants' et. al.

Civil Action No.: 05-40027-FDS

PLAINTIFF' AFFIDAVIT

IN SUPPORT OF MOTION JUDICIAL INQUIRY REGARDING

ATTORNEY MISCONDUCT

(Docket No. 28)

I, David E. Brown, declare that I am the plaintiff' in the above-entitled proceedings, that in support of my allegation of Attorney misconduct is fully supported by the following averments;

Defendant' Department of Veterans Affairs Attorney of Record Mr. Jeffrey M. Cohen, has knowingly, willingly, or recklessly averred 'False' manufactured Material Facts within Motion to Dismiss For Lack of Jurisdiction, Rule 12(b)(1) Filed 05/02/2005., Docket No. #8., See. at page #3;

### ARGUMENT

A.   "[P]LAINTIFF'S Claims Against the VA Are Barred in the District Court By 38 U.S.C. § 511" (Emphasis Added)"<u>BECAUSE</u>" They Seek Review of VA's Determination in an Individual <u>Benefit Claim</u>"

Attorney Mr. Cohen, continues 'False' averred defense page #3, "[P]laintiff's claims against VA, in essence, seek district court review of determination in an individual benefit claim."

Plaintiff' avers that there has not now or in the past been a determination made by the Defendant VA in an Individual Benefit regarding subject matter of this law suite the Statute 38 U.S.C. § 5313(2).

Plaintiff' avers that there is not an individual Benefit Claim filed the defendant' VA pending determination regarding subject matter of this Law Suite Statute 38 U.S.C. § 5313(2).

Plaintiff' has not now or in the past ever filed a claim for Veteran Benefit via Formal Claim for Benefit filing, as the Statute 38 U.S.C. § 5313(2) Congressional underconstruction is bar to the plaintiff's filing of Formal Benefit Claim.

Plaintiff' has filed Informal Claim' 38 CFR 1.55., exhausting all available administration remedy Defendant VA and placing VA on notice that Claimant plaintiff contends Constitutionality of Veterans Benefit under Statute § 5313(2) in Question. 12/30/2003.

I, declare under penalty of perjury that the above information is true and correct.

Date: 11/28/05

Signature, David E. Brown
500, Colony Road
Gardner, Ma. 01440

2.

## CERTIFICATE OF SERVICE

I, hereby certify that on this day a true copy of this Affidavit is mailed Attorney Mr. Cohen, pre-paid postage.

Date: 11/26/05                                    Signature, *David E. Brown*
                                                  David E. Brown

3.