UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DAVID E. BROWN** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. |
| **DEPARTMENT OF VETERANS AFFAIRS and THOMAS O'BRIEN,** | ) | 05-40027-FDS |
| | ) | |
| Defendants. | ) | |

ORDER ON MOTION FOR
JUDICIAL INQUIRY INTO ATTORNEY MISCONDUCT

**SAYLOR, J.**

This matter arises out of plaintiff's apparent inability to qualify for certain veterans benefits in connection with his military service-related disability. Plaintiff, proceeding *pro se*, has moved for a judicial inquiry into alleged attorney misconduct by counsel for defendant Department of Veterans Affairs. Plaintiff contends that statements made in defendant's motion to dismiss violated Fed. R. Civ. P. 11(b).

Having reviewed the record in this case, the Court finds no basis for plaintiff's allegation of misconduct. Accordingly, plaintiff's motion is DENIED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 11, 2006