UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | | |
|---|---|---|
| DAVID E. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION, and THOMAS O'BRIEN, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

The defendant, Department of Veterans Affairs, respectfully requests an extension of time up to, and including, February 13, 2006, to answer or otherwise respond to the plaintiff's Amended Complaint. The current deadline for the defendants to respond to the plaintiff's Amended Complaint is January 23, 2006.

Rule 15(a) of the Federal Rules of Civil Procedure requires that "[a] party shall plead in response to an amended pleading . . . within 10 days after service of the amended pleading." On January 11, 2006, this Court gave the plaintiff leave to serve the Amended Complaint on the parties. The Department has a copy of the Amended Complaint and simply needs time to respond to the numerous allegations.

The Department, respectfully requests a three week extension of time to file its response.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: January 17, 2006    Tel. No. (617) 748-3100

## CERTIFICATE OF COMPLIANCE

     The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because plainitff is a prisoner currently incarcerated in a state correctional facility, counsel for the defendant respectfully requests leave to file this Motion without a 7.1 conference.

  /s/ Jeffrey M. Cohen
Jeffrey M. Cohen

## CERTIFICATE OF SERVICE

     I certify that on January 17, 2006, I caused a copy of the foregoing document to be served on Plaintiff by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

  /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney