UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |  |
|---|---|---|
| DAVID E. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION, and THOMAS O'BRIEN, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

The defendant, Thomas O'Brien, respectfully requests an extension of time up to, and including, February 13, 2006, to respond to the plaintiff's Amended Complaint. The VA does not yet represent defendant O'Brien, and needs some time to secure the necessary authorizations to represent O'Brien and respond to the Amended Complaint on his behalf.

Rule 15(a) of the Federal Rules of Civil Procedure requires that "[a] party shall plead in response to an amended pleading . . . within 10 days after service of the amended pleading." On January 11, 2006, this Court gave the plaintiff leave to serve the Amended Complaint on the parties. It does not appear that defendant O'Brien has been served with a copy of the Amended Complaint. However, in an abundance of caution, and in an attempt to avoid a motion for default filed by the plaintiff, defendant O'Brien is filing this extension request.

The defendant O'Brien, respectfully requests until February 13, 2006 to file his response.

                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                 By:  /s/ Jeffrey M. Cohen
                      Jeffrey M. Cohen
                      Assistant U.S. Attorney
                      U.S. Attorney's Office
                      John Joseph Moakley U.S. Courthouse
                      1 Courthouse Way, Suite 9200
                      Boston, MA 02210
Dated: January 25, 2006     Tel. No. (617) 748-3100

## CERTIFICATE OF COMPLIANCE

     The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because plaintiff is a prisoner currently incarcerated in a state correctional facility, counsel for the defendant respectfully requests leave to file this Motion without a 7.1 conference.

                         /s/ Jeffrey M. Cohen
                         Jeffrey M. Cohen

## CERTIFICATE OF SERVICE

     I certify that on January 25, 2006, I caused a copy of the foregoing document to be served on Plaintiff by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

                         /s/ Jeffrey M. Cohen
                         Jeffrey M. Cohen
                         Assistant U.S. Attorney