UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

David E. Brown,
    Plaintiff'

-against-

Department Of Veterans Affairs
and, Thomas O'Brien,

    Defendants, et. al.

Civil No.: 05-400027-FDS

## CERTIFICATES OF SERVICE
### AMENDED COMPLAINT

Plaintiff' stipulates for the docket record, Amended Complaint filed docket, certificate of service therein certifies that both the Attorney of record for the V.A. defendants' and the defendant' Thomas O'Brien, who has not made 'Appearance' are Served a Copy of plaintiff' Amended Complaint by first-class pre-paid postage. See. at Amended Complaint, page #19 Certificate of Service.

Dated: 01/30/06

Respectfully submitted
David Brown, pro se
500, Colony road
Gardner, Ma. 01440

### CERTIFICATE OF SERVICE

I, hereby certify that on this day I, caused a copy of the foregoing document to be served on both defendants Thomas O'Brien, and Department of Veterans Affairs, Attorney Mr. Cohen, at their address of record by first-class pre-paid postage.

Date: 01/30/06

Signed,
David Brown, plaintiff.