UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>    Plaintiff.<br><br>-against-<br><br>Department Of Veterans Affairs<br>Administration, and<br>Thomas O'Brien, Veterans Service<br>Manager, (in his Official Capacity)<br><br>    Defendants, et. al. | Civil No.: 05-40027-FDS |

## MOTION THE CLERK, ENTER DEFAULT
### CIVIL PROCEDURE RULE 55 (a)

here comes the plaintiff' in the above-entitled action, Motion the Clerk, to enter Default against the defendant Thomas O"Brien, the defendant Mr. O'Brien, has failed to plead, otherwise defend, or filed 'Appearence' or has anyone on his behalf done so after service of "Original" Complaint with Summons, or within ten (10) days after the service of Amended Complaint. See. Affidavit in support of Default attached herewith. WHEREFORE, plaintiff' request entry of Default

Dated; 02/01/06

Respectfully submitted
David Brown, plaintiff
500, Colony Road
Gardner, Ma.  01440

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF MOTION THE CLERK, ENTER DEFAULT, CIVIL PROCEDURE RULE 55(a), WITH AFFIDAVIT IN SUPPORT OF DEFAULT JUDGEMENT, IS SERVED UPON THE DEFENDANT THOMAS O'BRIEN, VETERANS SERVICE MANAGER DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION, FEDERAL BUILDING, GOVERNMENT CENTER, BOSTON, MASSACHUSETTS, 02203 BY PRE-PAID FIRST CLASS POSTAGE.

DATE: 02/01/06                    SIGNATURE, _____
                                              DAVID E. BROWN.