UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br>    Plaintiff.<br><br>-against-<br><br>Department of Veterans Affairs Administration and<br>Thomas O'Brien, (in his Official Capacity)<br>    Defendants, et. al. | Civil No.: 05-40027-FDS |

### AFFIDAVIT IN SUPPORT OF DEFAULT JUDGEMENT

I, David E. Brown, declare that I am the plaintiff' in the above-entitled matter, hereby make Affidavit in support of default judgement against the Defendant, Thomas O'Brien, (in his official capacity) as Veterans Service Manager, and hereby make Affidavit under pains of perjury;

    1.    On June 26, 2005, docket report #15, SUMMONS Returned Executed Thomas O'Brien, served on 2/20/2005, answer due 3/14/2005. (Attachments: #1) Jones Sherry (Entered: 06/26/ 2005).

    2.    Mr. O'Brien, defendant, has failed to plead, otherwise defend, or filed 'Appearence' or has anyone else done so on his behalf with regard to Original Complaint filing and Service of Summons, or Service of Amended Complaint that is now in excess of ten (10) days

    The defendant, is not an In infant, incompetent, or away in Military service.