UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WORCESTER DIVISION

| | | |
|---|---|---|
| David E. Brown, | § § § | |
| Plaintiff, | § § | |
| -against- | § § | Civil No.: 05-40027-FDS |
| Department Of Veterans Affairs | § § | |
| Administration, and Thomas O'Brien, | § § | |
| Veterans Service Manager, (in his | § | |
| Official Capacity) | § § | |
| Defendant, et. al. | § § | |

## JUDGEMENT BY DEFAULT, F.R.C.P. RULE 55(b)(1)

Plaintiff' David E. Brown, seeks Judgement by Default, be entered the Clerk, as follows;

Plaintiff' monetary claims is against the Defaulted defendant' Thomas O'Brien, in his Official Capacity, as Veterans Service Manager, Department of Veterans Affairs Administration, Government Center, Boston, Massachusetts.

Plaintiff' seeks Judgement be entered for a sum which can be computetion be made certain, Plaintiff' full Veterans Disability compensation, equal to the 100% compensation rate, retro-active, March 1, 2004 til May 1, 2006 plaintiff release from confinement date.

Plaintiff' request computation be made by the Clerk, and entered as Judgement, plaintiff' submits Affidavit in support attached herewith.

Dated; 02/02/06

Respectfully submitted

David E. Brown,

500, Colony Road

Gardner, Ma.    01440

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document is mailed the defendant Mr. O'Brien, at his address of record by pre-paid first class postage this day

Date: 02/02/06                                    Signature