UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br><br>　　　　Plaintiff'<br><br>　-against-<br><br>Department of Veterans Affairs Administration, and Thomas O'Brien Veterans Service Manager, (in his Official Capacity)<br><br>　　　　Defendant, et. al. | Civil No.: 05-40027-FDS |

<u>AFFIDAVIT, IN SUPPORT OF DEFAULT JUDGEMENT, RULE 55(b)(1)</u>

　　　　The plaintiff' David E. Brown, avers this Affidavit under pains and penality of perjury;

　　1.　　The defaulted defendant, Thomas O'Brien, is not an infant or an adjudicated incompetent person, and is not a Soldier or Sailor as defined by Civil Relief Act, 50 U.S.C. § 520.

　　2.　　Plaintiff' David E. Brown, is entitled as a direct result of defendant default to full Veterans Benefit disability compensation rate equal to that of 100% compensation rate for service connected disability beginning March 1, 2004, through May 1, 2006, date of plaintiff' release date from prison confinement these amounts sums can be computed by Clerk of Court using Department Veterans Affairs Administration, disability ratings compensation scale for those years.

Dated: 02/02/06        SIGNED UNDER THE PAINS OF PERJURY:

*David E. Brown,*

500, Colony Road

Gardner, Ma.   01440

CERTIFICATE OF SERVICE

I, certify that on this day a true copy of this document is mailed the defendant Thomas O'Brien, at his address of record pre-paid first class postage

Dated: 02/02/06            Signature, *David E. Brown,*

2.