Clerk Mrs. Jones
U.S. Courthouse
595 Main Street, Suite 502
Worcester, Ma.  01608

02/04/06

RE: <u>Brown, v. Dept. Vet. Affairs</u>
    <u>Civ. No. 05-40027-FDS</u>

Dear Mrs Jones,

   Please find enclosed, Judgement by default upon request to the clerk Rule 55 (b)(1) Affidavits all ready filed the docket. as the defaulted sum due is for a sum certain plaintiff request the clerk refer to Department of Veterans Affairs Administration, Service Connected disability basic compensation rates for unmarried Veteran plaintiff at the 100% rate of compensation less the 10% rate for months paid plaintiff and noted within default Judgement request to Clerk.

   be advised as the 2007 monthly rate is not fixed as to include cost of living increase for year 2007 at this time, plaintiff request that clerk use the 2006 monthly rate of $2,393,00 dollars when computing default amount. Note: the 2005 year monthly rate was $2,299,00. the 10% rate for year 2006 is $112.00 a month with 2005 rate was $108.00 i have no information available for year 2004 monthly rates.

   Any further assistance or further requirements of plaintiff' to facilitate default process please inquire the plaintiff.

                                      Remember Our Brave Troops,

                                      David Brown, pro. se.
                                      500, Colony Road
                                      Gardner, Ma.  01440

UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS
WORCESTER DIVISION

_____ §
                                    §
David E. Brown,                     §
                                    §
        Plaintiff'                  §
                                    §
    -against-                       §    Civil Case No.: 05-40027-FDS
                                    §
                                    §
Department of Veterans Affairs      §
                                    §
Administration, and Thomas O'Brien, §
                                    §
Veterans Service Manager, (in his   §
                                    §
Official Capacity)                  §
                                    §
        Defendants, et. al.         §
                                    §
_____ 

### JUDGEMENT BY DEFAULT UPON REQUEST
### TO THE CLERK[F.R.C.P. 55[b][1]]

Pursuant to Federal R.Civ.P. 55(b)(1) upon request of the plaintiff David E. Brown, and upon affidavits duly filed by said plaintiff, in the above-entitled action, it is hereby ORDERED:-

    JUDGEMENT FOR PLAINTIFF David E. Brown,
  ON DEFAULT OF DEFENDANT Thomas O'Brien,

for failure to plead or otherwise defend against the Complaint, in the sum of $_____, with-out interest monthly service connected disability compensation. The 100% disability compensation thereon from March 1, 2004 to Febuary 1, 2006, minus the 10% disability rating monthly rate all-ready paid plaintiff for those monthly dates. The plaintiff' is owed the sum equal to full disability compensation 100% monthly rate thereon fron March 1, 2006 to May 1, 2007. The date of plaintiff' discharge from incarceration. as provided by law.

    Dated at _____, Massachusetts, this _____, day of _____, 20____

                                       Clerk/Magistrate_____
                                       Bÿ:_____
                                          Assistant Clerk