UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |  |
|---|---|---|
| DAVID E. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS, and THOMAS O'BRIEN, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendants hereby move for dismissal on the grounds that the Court lacks jurisdiction over the subject matter and the Amended Complaint fails to state a claim upon which relief may be granted. In support of the motion, the defendants submit the attached memorandum of law.

Wherefore, the defendants request that the Amended Complaint be dismissed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Jeffrey M. Cohen
     Jeffrey M. Cohen
     Assistant U.S. Attorney
     John Joseph Moakley Federal Courthouse
     One Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated: February 13, 2006

CERTIFICATE OF COMPLIANCE

      The defendant takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because plaintiff is a prisoner currently incarcerated in a state correctional facility, counsel for the defendants respectfully requests leave to file this Motion without a 7.1 conference.

      /s/ Jeffrey M. Cohen
      Jeffrey M. Cohen

CERTIFICATE OF SERVICE

      I certify that on February 13, 2006, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440.

      /s/ Jeffrey M. Cohen
      Jeffrey M. Cohen
      Assistant U.S. Attorney