UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| David E. Brown,<br>   Plaintiff,<br><br>-against-<br><br>Department of Veterans Affairs,<br>Administration, and Thomas O'Brien,<br>Veterans Service Manager, (IN HIS<br>OFFICIAL CAPACITY).<br>   Defendants, et. al. | Civil No.: 05-40027-FDS |

## PLAINTIFF" FILES EXCEPTION THE COURT
### STAY OF DISCOVERY

The plaintiff' files exception the court, stay of discovery "Admissions" requested of the defendant, See Memorandum and Order (Saylor, J) dated January 11, 2006, page 5, at: IV. <u>Discovery</u>

> "Until the Court is satisfied that it has subject-matter jurisdiction in this case, any further discovery is premature The Court will therefore issue stay of discovery until the legal sufficiency of the complaint is resolved.

The plaintiff' takes exception to to above-order the court as aggrieved the following;
The plaintiff' the party invoking jurisdiction under [Rule 12(b)(1)] is denied means [Discovery] to establish its existence.

Under Rule 12(b)(1), the plaintiff the party invoking subject matter jurisdiction the court, has the burden of proof to establish its existence, Murphy v. United States, 45 F.3d 520,522 (1st Cir. 1995)

Plaintiff' is denied means of retort of defendants' claims of the following;

Page 6. Defendant' Motion to dismiss, Rule 12(b)(1),

A.  Plaintiff's Claims Against the VA Are Barred in the District Court by 38 U.S.C. § 511 (Relevant part) Because They Seek Review of VA's Determination in An <u>Individual Benefit Claim</u>

The four paragraph statement "Admissions" Discovery requested defendant That defendants refuse to provide plaintiff' once Admitted or Denied will demonstrate Prima Facie proof the following;

1.  There never was an individual benefits claim filed by the plaintiff with the VA seeking benefits of subject matter of Law suite.

2.  There exists no determination of VA defendants' in an individual benefit claim, pursuant subject matter this Law suite, as direct result of there being no formal claim ever being filed by oplaintiff' in the first place.

2.

The plaintiff' is aggrieved by the order the Court issue of stay of discovery until the court is satisfied that the subject-matter jurisdiction in this case is proper the district Court While;

plaintiff' is denied discovery to prove his claims that the District Court is proper jurisdiction of subject matter, not the Department of Veterans Affairs.

The plaintiff' the party invoking jurisdiction is denied means [DiscoveryI to establish its existence, or otherwise defend against Motion to dismiss Rule 12(b)(1).

Wherefore, the above-reasoning plaintiff seeks order the court sue sponte, compelling response to Admissions discovery that is served the defendants, Docket #19.

Dated: 03/04/06

Respectfully submitted

David E. Brown,
500, Colony Road
Gardner, Ma.  01440

3.

## CERTIFICATE OF SERVICE

I, hereby certify that on this day a true copy of EXCEPTION is served the Attorney of record by first-class pre-paid postage.

Dated: 09/04/06          Signature, *[signature]*
                         David E. Brown,