UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |  |
|---|---|---|
| DAVID E. BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 05-40027-FDS |
| DEPARTMENT OF VETERANS AFFAIRS, and THOMAS O'BRIEN, | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S SECOND MOTION
FOR ORDER OF ADMISSIONS TO BE ADMITTED**

The Defendants, Department of Veterans Affairs and Thomas O'Brien, hereby oppose the plaintiff's most recent Motion for Order of Admissions To Be Admitted (Docket Nos. 45 & 46).

The Court should deny the plaintiff's motion because the Court has already ruled that "[u]ntil this Court is satisfied it has subject-matter jurisdiction in this case, any further discovery is premature. The Court will therefore issue a stay of discovery until the legal sufficiency of the complaint is resolved." Memorandum and Order of January 11, 2006 (Docket No. 32) at 5. Moreover, the matters on which the plaintiff seeks discovery are irrelevant to the arguments made in the Defendants' Motion to Dismiss the Amended Complaint. (Docket Nos. 42 & 43). Finally, even if the admissions plaintiff seeks are relevant, as plaintiff contends, the matters on which the plaintiff seeks discovery are alleged in the plaintiff's amended complaint and are, therefore, *construed in the light most favorable to the plaintiff for the purposes of a motion to dismiss*. *See* Amended Complaint at ¶ 30; *See Carreiro v. Rhodes, Gill, & Co.*, 68 F.3d 1443,

1446 (1st Cir.1995) (noting that in ruling on a motion to dismiss pursuant to Rule 12(b)(6), the court construes the complaint in the light most favorable to the plaintiff, taking all well-pleaded allegations as true and giving the plaintiff the benefit of all reasonable inferences).

                Respectfully submitted,
                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/ Jeffrey M. Cohen
       Jeffrey M. Cohen
       Assistant U.S. Attorney
       U.S. Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       Tel. No. (617) 748-3100
       Facsimile (617) 748-3969

Dated: March 21, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent by first class mail, postage pre-paid to David E. Brown, 500 Colony Road, Gardner, MA 01440. as a non-registered participant on March 21, 2006.

                /s/ Jeffrey M. Cohen
                Jeffrey M. Cohen
                Assistant U.S. Attorney