UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Brown,**
      **Plaintiff,**

      **V.**

**Department of Veterans Affairs Administration,**

      **Defendant,**

**CIVIL ACTION**

**NO. 05-40027-FDS**

## ORDER OF DISMISSAL

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order dated **9/11/06**, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    **9/11/06**　　　　　　　　　　　　　　　　**/s/ Martin Castles**
     **Date**　　　　　　　　　　　　　　　　　　**Deputy Clerk**